```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No.
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No.
 5  Office of the U.S. Attorney
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile: (619) 557-5004
    Email: Christopher.Latham@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
'10 MAY 25 PM 2:14
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  )   '10 CV 1133 BEN  CAB
                                )
         Plaintiff,             )
                                )   NOTICE OF DEPOSIT OF
     v.                         )   ESTIMATED JUST COMPENSATION
                                )
242.93 ACRES OF LAND, MORE OR LESS, )
SITUATE IN SAN DIEGO COUNTY,    )
STATE OF CALIFORNIA; AND KYDDLF & )
RDLFGFT #1, LLC, ET AL.,        )
                                )
         Defendants.            )
_____)

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on May 25, 2010, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, a 12-month right of entry, commencing on the date possession is granted, in the amount of One Hundred Dollars ($100.00) with the Clerk of the Court.

DATED: May 25, 2010

KAREN P. HEWITT
United States Attorney

_____
Assistant U. S. Attorney
Attorneys for Plaintiff
United States of America