LAURA A. DUFFY
United States Attorney
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7738
Facsimile:  (619) 557-5004

JUSTIN A. OKUN
Trial Attorney
JOHN O. HOLM
Trial Attorney
U.S. Department of Justice
Environmental & Natural Resources Division
Land Acquisition Section
601 D Street, Room 3930
Washington, DC 20004
Telephone: (202) 305-0299
Facsimile:  (202) 305-0398

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,        )<br>                                      )<br>            Plaintiff,                )<br>    v.                                )<br>                                      )<br> 242.93 ACRES OF LAND, MORE OR        )<br> LESS, SITUATE IN SAN DIEGO           )<br> COUNTY, STATE OF CALIFORNIA;         )<br> AND KYDDLF &RDLFGFT #1, LLC,         )<br> ET AL.,                              )<br>                                      )<br>            Defendants.               )<br>_____) | Case No. 10cv1133 BEN (CAB)<br><br>PLAINTIFF UNITED STATES<br>OF AMERICA'S PRETRIAL DISCLOSURES<br>[Fed. R. Civ. P. 26(a)(3)] |

# I

# PLAINTIFF'S WITNESSES

## A. WITNESSES PLAINTIFF EXPECTS TO PRESENT AT TRIAL

| WITNESSES | ADDRESS |
|---|---|
| Stephen Roach, MAI | Jones Roach & Caringella<br>2221 Camino del Rio South, Suite 202<br>San Diego, CA 92108 |
| Paul Fromer | RECON Environmental, Inc.<br>1927 Fifth Avenue<br>San Diego, CA 92101 |

## B. WITNESSES PLAINTIFF MAY PRESENT AT TRIAL

| WITNESSES | ADDRESS |
|---|---|
| Scott Recinos | Department of Homeland Security<br>1301 Constitution Ave NW<br>West Building, Ste B-155<br>Washington, DC 20229 |
| Kelly Good | United States Customs & Border Protection<br>2411 Boswell Road<br>Chula Vista, CA 91914 |

# II

# PLAINTIFF'S TRIAL EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| | **PHOTOGRAPHS** |
| 1 | Aerial Photo depicting Open Space/Conservation Easements (Roach Appraisal Report, p. 29) |
| 2 | Subject Photo 1, View of the subject property looking east along Otay Mountain Truck Trial (Roach Appraisal Report, p. 39) |
| 3 | Subject Photo 2, View of the subject property looking north (Roach Appraisal Report, p. 39) |
| 4 | Subject Photo 3, View of the subject property looking south (Roach Appraisal Report, p. 39) |
| 5 | Google Earth Aerial Photo (Roach Appraisal Report, p. 41) |

| | | |
|---|---|---|
| | 6 | Aerial Photo of Subject Property (Roach Appraisal Report, p. 38) |
| | 7 | Aerial Photo of Subject Property (Tagg Appraisal Report, p. iv) |
| | 8 | Photo of Alta Road (Tagg Appraisal Report, p. 15) |
| | 9 | Photo of Otay Mesa Road (Tagg Appraisal Report, p. 15) |
| | 10 | Photo of APN 648-040-34 (Tagg Appraisal Report, p. 16) |
| | 11 | Photo of Calzada De La Fuente (Tagg Appraisal Report, p. 16) |
| | 12 | Photo of APN 648-050-20 (Tagg Appraisal Report, p. 17) |
| | 13 | Photo of APN 648-050-17 (Tagg Appraisal Report, p. 17) |
| | 14 | Photo of APN 648-040-39 (Tagg Appraisal Report, p. 18) |
| | 15 | Photo of APN 648-050-20 (Tagg Appraisal Report, p. 18) |
| | | **MAPS** |
| | 16 | Neighborhood Map (Roach Appraisal Report, p. 13) |
| | 17 | Subject Property Aerial, Declaration of Taking Map (Roach Appraisal Report, p. 25) |
| | 18 | SanGIS Map (Tagg Appraisal Report, p. 14) |
| | 19 | Plat Map 1 (Roach Appraisal Report, p. 26) |
| | 20 | Plat Map 2 (Roach Appraisal Report, p. 27) |
| | 21 | Plat Map (Tagg Appraisal Report, p. 9) |
| | 22 | East Otay Mesa Specific Plan Land Use Map (Roach Appraisal Report, p. 34) |
| | 23 | East Otay Mesa Specific Plan Location Map (Tagg Appraisal Report, p. ii) |
| | 24 | County Zoning Map (Roach Appraisal Report, p. 35) |
| | 25 | Photo Location Map (Roach Appraisal Report, p. 40) |
| | 26 | Otay Mesa Map (Tagg Appraisal Report, p. 1) |
| | 27 | Map of Areas Subject to "G" Sensitive Resource Special Area Designator (Tagg Appraisal Report, p. 24) |
| | 28 | Map of Circulation Plan (Tagg Appraisal Report, p. 26) |
| | | **DEPOSITION EXHIBITS** |
| | 29 | Letter from Roger J. Marzulla to Randy Tagg, dated May 17, 2011 (Exhibit 4 to Deposition of Randy Tagg) |
| | 30 | Tagg Invoice (Exhibit 7 to Deposition of Randy Tagg) |
| | 31 | Aerial photo of several properties owned by the De La Fuente family (Exhibit 9 to Deposition of David Wick, Vol. 1) |
| | 32 | Defendants' Initial Disclosures (Exhibit 10 to Deposition of David Wick, Vol. 1) |

| | | |
|---|---|---|
| | 33 | Plaintiff's First Set of Interrogatories (Exhibit 11 to Deposition of David Wick, Vol. 1) |
| | 34 | Defendants' Responses to Plaintiff's Second Set of Interrogatories (Exhibit 12 to Deposition of David Wick, Vol. 1) |
| | **DOCUMENTS (FIGURES, CHARTS, CORRESPONDENCE, ETC.)** | |
| | 35 | Industrial Vacancy & Rental Rates (Roach Appraisal Report, p. 20) |
| | 36 | List of Subject Parcels (Roach Appraisal Report, p. 22) |
| | 37 | Certificate of Compliance (Exhibit A to Roach Appraisal Report) |
| | 38 | DPLU Plat (Exhibit B to Roach Appraisal Report) |
| | 39 | Declaration of Taking (Exhibit C to the Roach Appraisal Report) |
| | 40 | RECON Report (Exhibit D to the Roach Appraisal Report) |
| | 41 | Grant Deed from International Industrial Park, Inc. to CCA Western Properties, Recorded December 30, 2010 (USA01924-26) |
| | 42 | Summary - Land Rent Chart (Tagg Appraisal Report, p. 38) |
| | 43 | MUP P98-001, dated December 19, 2008 (KYDDLF 006293 - 006422) |
| | 44 | Easement Agreement ("Electric Transmission Line) (KYDDLF 000001-000019) |
| | 45 | Easement Agreement ("Alternate Gas Route") (KYDDLF 000020-000043) |
| | 46 | Easement Agreement ("B2 Gas Line) (KYDDLF 000044-000065) |
| | 47 | Open Space Easement (KYDDLF 000105-000108) |
| | 48 | Grant of Easements and Improvement Agreement (KYDDLF 006424-006441) |
| | 49 | Grant of Open Space Easement (KYDDLF 006442-006447) |
| | 50 | Grant of Open Space Easement (KYDDLF 006448-6453) |
| | 51 | Grant of Conservation Easement (KYDDLF 006454-006458) |
| | 52 | Grant of Conservation Easement (KYDDLF 006459-006462) |
| | 53 | Department of Homeland Security Right-of-Entry for Construction (KYDDLF 006627-006632) |
| | 54 | Right of Entry for Survey and Site Assessment (KYDDLF 006866-006867) |
| | 55 | Right of Entry for Survey and Site Assessment (KYDDLF 006868-006869) |
| | 56 | City of San Diego, Multiple Species Conservation Plan |
| | 57 | County of San Diego, 1997 Biological Mitigation Ordinance |
| | 58 | County of San Diego, 1997 MSCP Subarea Plan (South County) |
| | 59 | County of San Diego, Environmental Review Update Checklist Form for Projects with Previously Approved Environmental Documents, Dated September 23, 2010 |

| | | |
|---|---|---|
| | 60 | County of San Diego, An Addendum to the Previously Certified Environmental Impact Report of the East Otay Mesa Specific Plan for Purposes of Consideration of Salvage Yards, Log no 93-19-006NN |
| | 61 | e$^2$M, 2008, Biology Survey Report for Proposed Construction, Operation, and Maintenance of Tactical Infrastructure for Customs, and Border Protection, San Diego Sector California, Prepared for USACOE and DHS, US Customs and Border Protection, Office of Border Patrol (USA01593-USA01676) |
| | 62 | RealQuest Property Detail Report, dated July 18, 2011, regarding CCA Western Inc.'s acquisition of APN 648-050-056 |
| | 63 | Grant Deed from Rancho Vista Del Mar to International Industrial Park Inc., Recorded February 11, 2010 (USA02413-USA02416) |
| | 64 | California Secretary of State, Business Entity Detail Reports |

Dated: January 30, 2012

Respectfully submitted,
LAURA A. DUFFY
United States Attorney

s/ Brett Norris
BRETT NORRIS
Assistant U.S. Attorney
JUSTIN OKUN
Trial Attorney
Attorneys for Plaintiff
United States of America